NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LINDELL MCFADDEN,                                      )
                                                       )
            Appellant,                                 )
                                                       )
v.                                                     )        Case No.  2D18-4303
                                                       )
STATE OF FLORIDA,                                      )
                                                       )
            Appellee.                                  )
_____)

Opinion filed August 9, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Collier
County; Joseph G. Foster, Judge.




PER CURIAM.

            Affirmed.




SILBERMAN, MORRIS, and SLEET, JJ., Concur.